AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Kenneth Edward Kuban<br><br>Defendant(s) | )<br>)<br>) Case No. 3:13mj00014<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 12, 2013,__ in the county of __Culpeper__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2262(a)(1) | Being within the territorial jurisdiction of the United States with the intent to violate a protection order that prohibits contact with another person in violation of 18 U.S.C. 2262(a)(1). |

This criminal complaint is based on these facts:

See attached affidavit of Hugh Coughlin, which is incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Hugh Coughlin
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/21/2013

_____
Judge's signature

City and state: Charlottesville, Virginia

Honorable B. Waugh Crigler, Magistrate Judge
Printed name and title